IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-051-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ONE 2011 TOYOTA TUNDRA TRUCK AND REAL PROPERTY LOCATED AT 17219 CALDWELL TRACK DRIVE, HUNTERSVILLE, NC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Stay (Consent Motion)" (Document No. 3) filed February 13, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Stay (Consent Motion)" (Document No. 3) is **GRANTED**. This matter is **STAYED** without prejudice to the rights of Joann A. Carbone, Toyota Motor Credit Corporation, and Wells Fargo Home Mortgage to move at any time to lift the stay for just cause.

**IT IS FURTHER ORDERED** that Plaintiff shall file a Status Report on **April 17, 2015**, and every **ninety (90) days** thereafter, until the stay is lifted or the case is closed.

Signed: February 18, 2015

David C. Keesler
United States Magistrate Judge